NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1196, 1197

TILLOTSON CORPORATION,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

ANSELL LTD., ANSELL HEALTHCARE PRODUCTS LLC,
ANSELL PROTECTIVE PRODUCTS INC., and ANSELL (THAILAND) LTD.,

Intervenor,

and

CARDINAL HEALTH, INC., CARDINAL HEALTH 200, INC.,
and CARDINAL HEALTH MALAYSIA 211 SDN. BHD.,

Intervenor,

and

SMART GLOVE HOLDINGS, SDN. BHD,
SMART GLOVE CORPORATION SDN. BHD., HENRY SCHEIN, INC., and HSI
GLOVES, INC.,

Intervenor.

On appeal from the United States International Trade Commission in Investigation Nos.
337-TA-608 and 612.

ON MOTION

Before MOORE, Circuit Judge.

## O R D E R

Tillotson Corporation moves without opposition to consolidate 2009-1196 and 2009-1197. Ansell Ltd. et al., Cardinal Health Inc. et al., and Smart Glove Holdings et al. (collectively, the Intervenors) move without opposition for leave to intervene.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motions are granted. The revised official caption is reflected above.

(2)    The Intervenors' briefs are due within 40 days from the service of Tillotson's opening brief.

FOR THE COURT

**MAR 2 0 2009**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:    William D. Belanger, Esq.
       Paul M. Bartkowski, Esq.
       Paul F. Brinkman, Esq.
       Thomas B. Kenworthy, Esq.
       Scott M. Daniels, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 0 2009

JAN HORBALY
CLERK